# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1003**
**CAF 11-00067**
PRESENT: SCUDDER, P.J., SMITH, CENTRA, LINDLEY, AND MARTOCHE, JJ.

IN THE MATTER OF YVONNE STEWARD,
PETITIONER-APPELLANT,

V                                                                    ORDER

CARMELL V. LUCAS, RESPONDENT-RESPONDENT.

ELIZABETH CIAMBRONE, BUFFALO, FOR PETITIONER-APPELLANT.

AYOKA A. TUCKER, ATTORNEY FOR THE CHILD, BUFFALO, FOR PAULETTE L.

---------------------------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered December 30, 2010 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ORDERED that said appeal is unanimously dismissed without costs as moot (*see Matter of Kelly F. v Gregory A.F.*, 34 AD3d 1277).

Entered:  September 28, 2012                         Frances E. Cafarell
                                                    Clerk of the Court